IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MELINDA CARR
1355 Virginia Ave
Johnstown, PA 15906

    Plaintiff,

v.

WALNUT MANAGEMENT CORPORATION
d/b/a WALNUT MEDICAL SERVICES
266 Main Street
Johnstown, PA 15901

    Defendant.

JURY TRIAL DEMANDED

Case No. **3:23-cv-00304**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Plaintiff voluntarily dismisses Defendant, Walnut Management Corporation d/b/a Walnut Medical Services, from this Action, with prejudice and without costs or attorney's fees against any party.

**LAW OFFICES OF ERIC A. SHORE**

_____
Briana L. Pearson, Bar No. 327007
Two Penn Center, Suite 1240
1500 John F. Kennedy Boulevard
Philadelphia, PA 19102
Telephone: (215) 944-6113
Email: brianap@ericshore.com
*Attorney for Plaintiff Melinda Carr*

**O'HAGAN MEYER**

/s/ Dean F. Falavolito
_____
Dean F. Falavolito, Bar No. 92844
1717 Arch Street, Suite 3910
Philadelphia, Pennsylvania 19103
Telephone: (215) 461-3300
dfalavolito@ohaganmeyer.com
*Attorney for Defendant Walnut Management Corporation d/b/a Walnut Medical Services*

Dated: April 18, 2024

AND NOW, this 22nd day of April, 2024.
IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE